UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Scott Steven Martinson,                                ORDER

                Debtor.              BKY 12-46728

At Minneapolis, Minnesota, June 20, 2013.

      This case is before the court on the debtor's motion for determination of the value of the claim held by Bank of the West. For reasons stated orally and recorded in open court,

      IT IS ORDERED: The debtor's motion for determination of the value of the claim held by Bank of the West is denied.

/e/ Kathleen H. Sanberg
KATHLEEN H. SANBERG
UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *06/20/2013*
Lori Vosejpka, Clerk, by LH